UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| F. E. R. S. INC. | ) | CASE NO. 06-11333-MB |
| | ) | |
| Debtor. | ) | Hon. Manuel Barbosa |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    Old Kane County Courthouse, 100 S. Third St., Courtroom 140, Geneva, Illinois 60134

    On: **May 28, 2009**                                  Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                                           $17,206.92

    Disbursements                                                                                 $2,092.58

    Net Cash Available for Distribution                                                $15,114.34

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| THOMAS E. SPRINGER, Trustee | $0.00 | $2,470.69 | $0.00 |
| THOMAS E. SPRINGER<br>Attorney for Trustee | $0.00 | $3,989.00 | $46.20 |
| ALAN D. LASKO<br>Accountant for Trustee | $0.00 | $3,519.00 | $53.29 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: N/A

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $110,815.69 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 4.54% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 9B | DEPARTMENT OF THE TREASURY-INTERNAL | $110,012.32 | $4,999.65 |
| 10B | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | $803.37 | $36.51 |

7. Claims of general unsecured creditors totaling $205,341.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | CONSOLIDATED MANAGEMENT, INC. | $2,816.38 | $0.00 |
| 3 | MID AMERICA BANK | $48,088.48 | $0.00 |
| 4 | MID AMERICA BANK | $0.00 | $0.00 |
| 5 | TRUE FITNESS, INC. | $10,837.19 | $0.00 |
| 6 | SPRINT NEXTEL CORPORATION | $0.08 | $0.00 |
| 7 | PRIMUS | $153.63 | $0.00 |
| 8 | AMERICAN EXPRESS TRAVEL RELATED SVC | $106,229.30 | $0.00 |
| 9A | DEPARTMENT OF THE TREASURY-INTERNAL | $37,036.30 | $0.00 |
| 10A | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | $180.00 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor is a corporation and not entitled to receive a discharge.

Dated: **April 29, 2009**                                             For the Court,

By:   **KENNETH S. GARDNER**
         Kenneth S. Gardner
         Clerk of the U.S. Bankruptcy Court
         219 S. Dearborn Street; 7th Floor
         Chicago, IL 60604

| Trustee: | Thomas E. Springer |
|---|---|
| Address: | 400 S. County Farm Road |
| | Suite 330 |
| | Wheaton, IL  60187 |
| Phone No.: | (630) 510-0000 |

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 2                    Date Rcvd: Apr 29, 2009
Case: 06-11333                Form ID: pdf002             Total Served: 39


The following entities were served by first class mail on May 01, 2009.
db           +F.E.R.S., Inc.,    11 West Main Street,    Carpentersville, IL 60110-1751
aty           David L. Stretch,    Law Office of David L. Stretch,    5447 West Bull Valley Road,
               McHenry, IL 60050-7410
aty          +Michele M Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 S. County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
aty          +Thomas E. Springer,    Springer Brown Covey Gaertner & Davis LL,    400 S County Farm Road Ste 330,
               Wheaton, IL 60187-4547
tr           +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
10908465     +Aerobics, Inc.,    34 Fairfield Place,    Caldwell, NJ 07006-6209
10908466     +American Express,    P.O. Box 3001,    Malvern, PA 19355-0701
11021200     +American Express,    P O Box 297879,    Fort Lauderdale, FL 33329-7879
11214331      American Express Travel Related Svcs Co,    Inc Corp Card,    c/o Becket and Lee LLP,    POB 3001,
               Malvern PA 19355-0701
11021201     +Buckhorn Service,    1258 South Lapeer Road,    P O Box 251,    Lake Orion, MI 48361-0251
10908467      Comcast,    P.O. Box 3006,    Southeastern, PA 19398-3006
10908469     +Consolidated Management, Inc.,    c/o Leon Levin,    801 W Big Beaver Rd., 5th FL,
               Troy, MI 48084-4726
10908471     +Fernando Silva,    755 Stewart Avenue,    Elgin, IL 60120-2370
10908472     +Fox Valley Enterprise,    11 West Main Street,    Suite 103,    Carpentersville, IL 60110-1706
10908473     +GB Collects, LLC,    443 Commerce Lane,    Suite 2,    West Berlin, NJ 08091-9209
11021203     +Greater Rockford Auto Auction,    5937 Sandy Hollow Road,    Rockford, IL 61109-2799
10908474    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
11700140     +Illinois Department of Employment Security,    Bankruptcy Unit 4th Floor,    33 S State St,
               Chicago, IL 60603-2804
10908475      James A. West,    11111 Harwin Drive,    Houston, TX 77072-1612
10908476     +Life Fitness,    10601 W. Belmont Avenue,    Franklin Park, IL 60131-1500
10908478     +Mid America Bank,    2650 Warrenville Road,    Downers Grove, IL 60515-1748
10908477     +Mid America Bank,    2650 Warrenville Road,    Suite 500,    Downers Grove, IL 60515-2074
10908480     +Penn American Insurance Co.,    420 South York Road,    Hatboro, PA 19040-3900
10908481      Primus,    P.O. Box 3246,    Milwaukee, WI 53201-3246
11177219     +Primus,    2094 185th Street,    Fairfield, IA 52556-8995
10908482     +RMS,    4836 Box 509,    Richfield, OH 44286-0509
10908483      SBC Yellow Pages,    P.O. Box 95450,    Atlanta, GA 30347-0450
10908485     +Southside Auto,    254 S. Park Avenue,    South Beloit, IL 61080-1341
10908487      Sprint,    P.O. Box 4181,    Carol Stream, IL 60197-4181
11169586     +Sprint Nextel Corporation,    P.O. Box 172408,    Denver, CO 80217-2408
10908488     +True Fitness, Inc.,    865 Hoff,    O Fallon, MO 63366-1900
10908489      United Recovery Systems,    P.O. Box 722929,    Houston, TX 77272-2929
10908490     +Vision Fitness,    P.O. Box 280,    Lake Mills, WI 53551-0280
10908491     +Waste Management,    2421 West Peoria Avenue,    Suite 210,    Phoenix, AZ 85029-4770
10908492     +Windham Professionals,    382 Main Street,    Salem, NH 03079-2412
The following entities were served by electronic transmission on Apr 30, 2009.
10908468      E-mail/Text: brandy.glashin@comed.com                           ComEd,   Bill Payment Center,
               Chicago, IL 60668-0001
11021202     +E-mail/Text: brandy.glashin@comed.com                           ComEd Company,
               Customer Care Center Building,    Attn Revenue Management Dept,    2100 Swift Drive,
               Oak Brook, IL 60523-1559
10908470      E-mail/Text: brupt1@dteenergy.com                               DTE Energy,   P.O. Box 2859,
               Detroit, MI 48260-0001
10908479     +E-mail/Text: bankrup@nicor.com                                  NICOR,   P.O. Box 416,
               Aurora, IL 60568-0001
                                                                                              TOTAL: 4
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Springer Brown Covey Gaertner & Davis LLC
10908484*     SBC Yellow Pages,    P.O. Box 95450,    Atlanta, GA 30347-0450
10908486*    +Southside Auto,    254 S. Park Avenue,    South Beloit, IL 61080-1341
                                                                                              TOTALS: 1, * 2
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7             Page 2 of 2            Date Rcvd: Apr 29, 2009
Case: 06-11333                Form ID: pdf002         Total Served: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 01, 2009**                **Signature:**   *Joseph Speetjens*